AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search and Seizure of:

Washington, DC 20020

## SEARCH AND SEIZURE WARRANT

CASE NUMBER: 07 - 13 6 - M - 01

TO: __Michael E. Gray II__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Michael E. Gray II</u> who has reason to believe that the home of Caleb A. Gray-Burriss (BURRISS), which is located at                    SE, Washington, DC 20020. there is now concealed certain property, that is, documents, records, files, objects, correspondence, contraband, instrumentalities, and/or tools, which are evidence of a crime under Rule 41(c) of the Federal Rules of Criminal Procedure.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___April 28, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR 1 8 2007 @ 2:45 pm           at Washington, D.C.

Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer         Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>4/18/2007 | DATE AND TIME WARRANT EXECUTED<br>4/20/2007 8:00 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>_____ (Wife) |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

~See Attached

**FILED**

APR 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_M.E. [signature] II_

Subscribed, sworn to, and returned before me this date.

_[signature]_     4/27/07
U.S. Judge or U.S. Magistrate Judge     Date

# Detail Inventory Listing of All Items at Search Warrant Site

**Site Name:**
Washington, DC 20020
Single family residence

**Investigation Number:**

**Starting Date and Time:**
04/20/2007 10:00 AM

**Ending Date and Time:**
04/20/2007 01:56 PM

**Report Date:**
Friday, April 20, 2007

| | |
|---|---|
| Control #: | 1 |
| Photo #: | |
| Description: | Seized Per Warrant    BOOKLET, NOTEBOOK, UNION FILES |
| Key Word: | |
| Location: | BASEMENT |
| Found: | NEAR STAIRS |
| Locating Investigator: | Fathila Dosky |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |
| Evidence Box: | 1 |
| Locator Code: | |

| | |
|---|---|
| Control #: | 2 |
| Photo #: | |
| Description: | Seized Per Warrant    UNION RECORDS, FLYERS, BROCHURES, DUES CARDS |
| Key Word: | |
| Location: | GARAGE |
| Found: | ON FLOOR |
| Locating Investigator: | Jeff Hinman |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |
| Evidence Box: | 2 |
| Locator Code: | |

| | |
|---|---|
| Control #: | 3 |
| Photo #: | |
| Description: | Seized Per Warrant    POWER CORD FOR COMPAQ PRESARIO LAPTOP |
| Key Word: | |
| Location: | LIVING ROOM |
| Found: | ON TABLE |
| Locating Investigator: | Roy Bradley |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |
| Evidence Box: | 3 |
| Locator Code: | |

| Field | Value |
|---|---|
| Control #: | 4 |
| Photo #: | |
| Description: | Seized Per Warrant    SANDISK USB THUMBDRIVE CRUZER MICRO 512 MB |
| Evidence Box: | 3 |
| Locator Code: | |
| Key Word: | |
| Location: | BEDROOM/OFFICE |
| Found: | ON DESK |
| Locating Investigator: | Roy Bradley |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |

| Field | Value |
|---|---|
| Control #: | 5 |
| Photo #: | |
| Description: | Seized Per Warrant    COMPAQ PRESARIO CND6110KSN |
| Evidence Box: | 3 |
| Locator Code: | |
| Key Word: | |
| Location: | LIVING ROOM |
| Found: | ON TABLE |
| Locating Investigator: | Roy Bradley |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |

| Field | Value |
|---|---|
| Control #: | 6 |
| Photo #: | |
| Description: | Seized Per Warrant    COMPAQ PRESARIO CNH6091M18 |
| Evidence Box: | |
| Locator Code: | |
| Key Word: | |
| Location: | BEDROOM/OFFICE |
| Found: | ON FLOOR UNDER DESK |
| Locating Investigator: | Roy Bradley |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |

| Field | Value |
|---|---|
| Control #: | 7 |
| Photo #: | |
| Description: | Seized Per Warrant    UNION RECORDS |
| Evidence Box: | 4 |
| Locator Code: | |
| Key Word: | |
| Location: | FAMILY ROOM |
| Found: | ON FLOOR |
| Locating Investigator: | Ty Lewis |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |

| Control #: | 8 | Evidence Box: | 5 |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    UNION RECORDS | | |
| Key Word: | | | |
| Location: | FAMILY ROOM | | |
| Found: | ON FLOOR | | |
| Locating Investigator: | Ty Lewis | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| Control #: | 9 | Evidence Box: | 6 |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    NASPSO, SPFPA, MISC DOCS | | |
| Key Word: | | | |
| Location: | OFFICE | | |
| Found: | DRAFTING TABLE, FLOOR UNDERNEATH | | |
| Locating Investigator: | Michael Gray | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| Control #: | 10 | Evidence Box: | 7 |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    UNION MISC DOCS | | |
| Key Word: | | | |
| Location: | OFFICE | | |
| Found: | FILE CABINET | | |
| Locating Investigator: | Michael Gray | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| Control #: | 11 | Evidence Box: | 8 |
|---|---|---|---|
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant    UNION RECORDS, FINANCIAL RECORDS | | |
| Key Word: | | | |
| Location: | FAMILY ROOM | | |
| Found: | ON FLOOR, NEXT TO STAIRCASE | | |
| Locating Investigator: | Michael Tarantino | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 12 | Evidence Box: | 9 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant   NASPSO DOCS, FINANCIAL DOCS | | |
| Key Word: | | | |
| Location: | OFFICE | | |
| Found: | CLOSET, ON FLOOR | | |
| Locating Investigator: | Elham Fayyazi | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 13 | Evidence Box: | 10 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant   COMPUTER DISCS & RELATED ITEMS | | |
| Key Word: | | | |
| Location: | OFFICE | | |
| Found: | CLOSET, ON FLOOR | | |
| Locating Investigator: | Elham Fayyazi | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 14 | Evidence Box: | 11 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant   UNION DOCS, BANK STMTS | | |
| Key Word: | | | |
| Location: | FAMILY ROOM | | |
| Found: | ON FLOOR | | |
| Locating Investigator: | Ty Lewis | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 15 | Evidence Box: | 12 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant   UNION RECORDS, FINANCIAL DOCS | | |
| Key Word: | | | |
| Location: | FAMILY ROOM | | |
| Found: | ON FLOOR | | |
| Locating Investigator: | Derek Pickle | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 16 | Evidence Box: | 13 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | UNION DOCS, FINANCIAL STMTS | |
| Key Word: | | | |
| Location: | FAMILY ROOM | | |
| Found: | ON FLOOR | | |
| Locating Investigator: | Frank Gore | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 17 | Evidence Box: | 14 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | UNION DOCS, FINANCIAL RECORDS | |
| Key Word: | | | |
| Location: | FAMILY ROOM | | |
| Found: | ON FLOOR | | |
| Locating Investigator: | Ty Lewis | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 18 | Evidence Box: | 15 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | MISC DOCS, ADDRESS BOOKS, CHECKS | |
| Key Word: | | | |
| Location: | BEDROOM | | |
| Found: | LEFT SIDE OF BED | | |
| Locating Investigator: | Ed Correa | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 19 | Evidence Box: | 16 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | NASPO RECORDS, UNION LEDGER D CARDS, BANK STMTS | |
| Key Word: | | | |
| Location: | OFFICE | | |
| Found: | FILE CABINET, BOX ON FLOOR | | |
| Locating Investigator: | Jennifer Pallotta | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 20 | Evidence Box: | 17 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant   MISC DOCS, ADDRESS BOOKS, CHECKS | | |
| Key Word: | | | |
| Location: | BEDROOM | | |
| Found: | LEFT SIDE OF BED | | |
| Locating Investigator: | Ed Correa | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 21 | Evidence Box: | 18 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant   UNION DOCS, FINANCIAL RECORDS | | |
| Key Word: | | | |
| Location: | FAMILY ROOM | | |
| Found: | ON FLOOR | | |
| Locating Investigator: | Michael Tarantino | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 22 | Evidence Box: | 1 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant   MISC DOCS RELATING TO CONTRACTS, NOTES | | |
| Key Word: | | | |
| Location: | FAMILY ROOM | | |
| Found: | FLOOR IN TRASH BIN | | |
| Locating Investigator: | Ty Lewis | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 23 | Evidence Box: | 1 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant   MISC DOCS - RECEIPTS, FINANCIAL DOCS, CHECK REGISTERS, STATEMENTS | | |
| Key Word: | | | |
| Location: | BEDROOM/OFFICE | | |
| Found: | BOXES IN CORNER OF ROOM | | |
| Locating Investigator: | Jerrold Hudson | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | |
|---|---|
| Control #: | 24 |
| Photo #: | |
| Description: | Seized Per Warrant    MISC, DOCS, NASPO DOCS, BANK RECORDS |
| Key Word: | |
| Location: | FAMILY ROOM |
| Found: | ON FLOOR |
| Locating Investigator: | Ty Lewis |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |
| Evidence Box: | 19 |
| Locator Code: | |

| | |
|---|---|
| Control #: | 25 |
| Photo #: | |
| Description: | Seized Per Warrant    NASPO DOCS, BANK RECORDS |
| Key Word: | |
| Location: | FAMILY ROOM |
| Found: | ON FLOOR |
| Locating Investigator: | Ty Lewis |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |
| Evidence Box: | 20 |
| Locator Code: | |

| | |
|---|---|
| Control #: | 26 |
| Photo #: | |
| Description: | Seized Per Warrant    NASPSO DOCS, NASPSO FINANCIALS, BURRISS FINANCIAL DOCS |
| Key Word: | |
| Location: | BEDROOM/OFFICE |
| Found: | WALL SHELVING NEAR DOOR |
| Locating Investigator: | Elham Fayyazi |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |
| Evidence Box: | 1 |
| Locator Code: | |

| | |
|---|---|
| Control #: | 27 |
| Photo #: | |
| Description: | Seized Per Warrant    CHECKBOOK, COMPUTER DISK, BUSINESS CARDS, VISA CARD |
| Key Word: | |
| Location: | BEDROOM |
| Found: | TOP OF CALEB DRESSER |
| Locating Investigator: | William Jones |
| Evidence Custodian: | John Gervino |
| Evidence Logger: | Diane Cramer |
| Evidence Box: | 1 |
| Locator Code: | |

| | | | |
|---|---|---|---|
| Control #: | 28 | Evidence Box: | 1 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | CHECKBOOK, MISC DOCS | |
| Key Word: | | | |
| Location: | BEDROOM | | |
| Found: | CALEB'S DRESSER | | |
| Locating Investigator: | William Jones | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 29 | Evidence Box: | 1 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | MISC DOCS, UNLABELED CD/DVD | |
| Key Word: | | | |
| Location: | BEDROOM | | |
| Found: | CALEB'S DRESSER TOP DRAWER | | |
| Locating Investigator: | William Jones | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 30 | Evidence Box: | 1 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | CHECKBOOK REGISTER, CD/DVD MISC DOCS, BUSINESS CARDS | |
| Key Word: | | | |
| Location: | BEDROOM | | |
| Found: | BED SIDE TABLE DRAWER, RIGHT SIDE | | |
| Locating Investigator: | William Jones | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 31 | Evidence Box: | 21 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | UNION DOCS, FINANCIAL DOCS, CALENDARS | |
| Key Word: | | | |
| Location: | BEDROOM/OFFICE | | |
| Found: | DESK & ADJACENT DRAWERS | | |
| Locating Investigator: | Molly Harkin | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 1 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | EXPENSE REPORTS, FINANCIAL DOCS, TAX RECORDS, CHECK REGISTER | |
| **Key Word:** | | | |
| **Location:** | BEDROOM/OFFICE | | |
| **Found:** | BOXES IN CORNER OF ROOM, UNDER WINDOW | | |
| **Locating Investigator:** | Jerrold Hudson | | |
| **Evidence Custodian:** | John Gervino | | |
| **Evidence Logger:** | Diane Cramer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 1 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | FINANCIAL DOCS, UNION DOCS, CALENDAR | |
| **Key Word:** | | | |
| **Location:** | BEDROOM/OFFICE | | |
| **Found:** | DESK & ADJACENT DRAWERS | | |
| **Locating Investigator:** | Molly Harkin | | |
| **Evidence Custodian:** | John Gervino | | |
| **Evidence Logger:** | Diane Cramer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 22 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | FORM 5500, UNION DOCS, BANK STMTS, FINANCIAL DOCS, CALENDAR | |
| **Key Word:** | | | |
| **Location:** | BEDROOM/OFFICE | | |
| **Found:** | BOX BEHIND CHAIR NEAR WINDOW | | |
| **Locating Investigator:** | Fathila Dosky | | |
| **Evidence Custodian:** | John Gervino | | |
| **Evidence Logger:** | Diane Cramer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | 23 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant | TAX DOCS | |
| **Key Word:** | | | |
| **Location:** | BEDROOM/OFFICE | | |
| **Found:** | BOXES IN CORNER OF ROOM | | |
| **Locating Investigator:** | Jerrold Hudson | | |
| **Evidence Custodian:** | John Gervino | | |
| **Evidence Logger:** | Diane Cramer | | |

Handwritten annotation near Control #35: *Mixed items*

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | 24 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant   UNION DOCS, BANK RECORDS, FINANCIAL STMTS | | |
| **Key Word:** | | | |
| **Location:** | BEDROOM/OFFICE | | |
| **Found:** | ON FLOOR NEAR CHAIR | | |
| **Locating Investigator:** | Fathila Dosky | | |
| **Evidence Custodian:** | John Gervino | | |
| **Evidence Logger:** | Diane Cramer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 37 | **Evidence Box:** | 25 |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized Per Warrant   NASPSO DOCS & FINANCIAL RECORDS | | |
| **Key Word:** | | | |
| **Location:** | 2003 FORD EXPLORER | | |
| **Found:** | IN VEHICLE | | |
| **Locating Investigator:** | Elham Fayyazi | | |
| **Evidence Custodian:** | John Gervino | | |
| **Evidence Logger:** | Diane Cramer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 38 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized as Contraband 1 PKT WHITE SUBSTANCE | | |
| **Key Word:** | | | |
| **Location:** | 2003 FORD EXPLORER | | |
| **Found:** | FRONT ASH TRAY | | |
| **Locating Investigator:** | Michael Gray | | |
| **Evidence Custodian:** | John Gervino | | |
| **Evidence Logger:** | Diane Cramer | | |

| | | | |
|---|---|---|---|
| **Control #:** | 39 | **Evidence Box:** | |
| **Photo #:** | | **Locator Code:** | |
| **Description:** | Seized as Contraband AMMO | | |
| **Key Word:** | | | |
| **Location:** | OFFICE | | |
| **Found:** | ON FLOOR | | |
| **Locating Investigator:** | Michael Gray | | |
| **Evidence Custodian:** | John Gervino | | |
| **Evidence Logger:** | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 40 | Evidence Box: | 23 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | NASPSO DOCS, FINANCIAL DOCS | |
| Key Word: | | | |
| Location: | BEDROOM/OFFICE | | |
| Found: | IN BOX ON FLOOR | | |
| Locating Investigator: | Fathila Dosky | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 41 | Evidence Box: | 23 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | FINANCIAL DOCS, BANK RECORDS, RECEIPTS, NASPSO DOCS, HOME LOAN DOCS | |
| Key Word: | | | |
| Location: | BEDROOM/OFFICE | | |
| Found: | BOXES LABELED CRABS | | |
| Locating Investigator: | Jerrold Hudson | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 42 | Evidence Box: | 23 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | BANK DOCS, NASPSO & PAYROLL DOCS, CHECKBOOKS, RECORDER W/ TAPE | |
| Key Word: | | | |
| Location: | BEDROOM/OFFICE | | |
| Found: | BOXES ON FLOOR & UNDER WINDOW | | |
| Locating Investigator: | Molly Harkin | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |

| | | | |
|---|---|---|---|
| Control #: | 43 | Evidence Box: | 23 |
| Photo #: | | Locator Code: | |
| Description: | Seized Per Warrant | COMPUTER PASSWORD INFO | |
| Key Word: | | | |
| Location: | BEDROOM/OFFICE | | |
| Found: | NEAR COMPUTER | | |
| Locating Investigator: | Molly Harkin | | |
| Evidence Custodian: | John Gervino | | |
| Evidence Logger: | Diane Cramer | | |